Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA RASPONI, | CASE NO. 2:14-cv-00726-JCM-GWF |
| | |
| Plaintiff, | STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE HER RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| | (First Request) |
| AHERN RENTALS, INC., a Nevada Corporation, | |
| | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 6-1 and LR 6-2 that Plaintiff Angela Rasponi's opposition to Defendant Ahern Rentals, Inc's Motion for Summary Judgment filed on November 30, 2015, for which the opposition is currently due on December 24, 2015, will be continued to January 18, 2016.

Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given other matters Plaintiff's counsel is currently involved in (including another

response to a Motion for Summary Judgment in another case which is due on December 17, 2015) and the fact that the current due date is Christmas Eve.

No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's opposition but one request was granted to extend the deadline by which Defendant had to file their Motion for Summary Judgment.

LAW OFFICES OF MICHAEL P.                     MORRIS POLICH & PURDY LLP
BALABAN


__/s/ Michael P. Balaban, Esq._____        __/s/ Deanna L. Forbush, Esq._____
Michael P. Balaban, Esq.                     Deanna L. Forbush, Esq.
10726 Del Rudini Street                      500 South Rancho Drive, Suite 17
Las Vegas, NV  89141                         Las Vegas, NV 89106
Attorney for Plaintiff Angela Rasponi        Attorney for Ahern Rentals, Inc.


                                             IT IS SO ORDERED:

                                             _____
                                             UNITED STATES DISTRICT JUDGE


                                                      December 14, 2015
                                             Dated: _____