AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

ANGELA RASPONI,

      Plaintiff,        JUDGMENT IN A CIVIL CASE

V.

          CASE NUMBER:  **2:14-CV-726-JCM-GWF**

AHERN RENTALS, INC.,

      Defendant.

___   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**_X_**   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that defendant Ahern Rentals, Inc.'s motion for summary judgment (ECF No. 26) is GRANTED.  Judgment is hereby entered in favor of defendant Ahern Rentals, Inc.

  June 22, 2016                             **LANCE S. WILSON**
                                                       Clerk

                                                   /s/ D. R. Morgan
                                                    Deputy Clerk