**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANGELA RASPONI,<br><br>                    Plaintiff(s),<br><br>        v.<br><br>AHERN RENTALS, INC.,<br><br>                    Defendant(s). | Case No. 2:14-CV-726 JCM (GWF)<br><br>ORDER |

Presently before the court is the matter of *Rasponi v. Ahern Rentals, Inc.*, case number 2:14-cv-00726-JCM-GWF.

On June 22, 2016, the court granted defendant's motion for summary judgment and entered judgment in favor of defendant. (ECF Nos. 38, 39). On July 18, 2016, plaintiff filed a notice of appeal. (ECF No. 44). Thereafter, the parties stipulated to voluntarily dismiss the appeal. On October 28, 2016, the Ninth Circuit entered an order dismissing the appeal pursuant to the parties' stipulation.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties' stipulation of dismissal with prejudice (ECF No. 52) be, and the same hereby is, DENIED as moot.

DATED November 4, 2016.

_____
UNITED STATES DISTRICT JUDGE